# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SUNDBY, Trustee; DALE SUNDBY, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>LEWIS LANDAU; JEFFREY MYERS; KATHLEEN MYERS; and DOES 1 through X,<br><br>Defendants. | Case No.: 3:25-cv-668-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

On March 20, 2025, Plaintiff Dale Sundby, Trustee ("Plaintiff") initiated this action by filing a Complaint. (ECF No. 1.)

On June 6, 2025, Defendants Lewis Landau, Jeffrey Myers, and Kathleen Myers (collectively, "Defendants") filed a Motion to Dismiss, or in the Alternative, to Transfer Venue to the Central District of California (the "First Motion to Dismiss or Transfer Venue"). (ECF No. 9.)

On June 27, 2025, Plaintiff filed a First Amended Complaint ("FAC").[1] (ECF No. 12.) Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), "[a] party may amend its pleading once as a matter of course no later than: … 21 days after the service of a motion under Rule 12(b)[.]" Fed. R. Civ. P. 15(a)(1)(B). Once filed, an amended complaint supersedes the original complaint in its entirety. *See Lacey v. Maricopa County*, 693 F.3d 896, 907 n.1 (9th Cir. 2012).

IT IS HEREBY ORDERED that the First Motion to Dismiss or Transfer Venue (ECF No. 9) is denied as moot.

IT IS FURTHER ORDERED that the Motion to Dismiss, or in the Alternative, to Transfer Venue to the Central District of California (ECF No. 16), which Defendants filed in response to the FAC, remains pending.

Dated: August 18, 2025

Hon. William Q. Hayes
United States District Court

---

[1] The FAC adds "Dale Sundby, Individually" as an additional plaintiff in this action.